## 6
## Albert McNULTY v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. February 2, 1926.)

No. 4495.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

George C. Sayers, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed, by consent of counsel, because of death of plaintiff in error.